UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAWANNA BRADFORD, | ) |
| Plaintiff, | ) |
| | ) No. |
| v. | ) |
| | ) |
| CREDIT BUREAU COLLECTION SERVICES, INC., | ) **VERIFIED COMPLAINT** |
| | ) **(Unlawful Debt Collection Practices)** |
| Defendant. | ) |

## PLAINTIFF'S VERIFIED COMPLAINT

LAWANNA BRADFORD (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against CREDIT BUREAU COLLECTION SERVICES, INC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Georgia; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Decatur, DeKalb County, Georgia.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Columbus, Ohio.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around May of 2011, Defendant began placing calls to Plaintiff seeking and demanding payment on an alleged debt.

11. Defendant calls Plaintiff from 888-325-3826, and possibly other numbers also.

12. From the earliest calls, Plaintiff requested that calls cease, and that any further communications to her be in writing.

13. Soon thereafter, Defendant repeatedly called Plaintiff and left voicemails which do not identify the caller or the purpose of the call, only that Plaintiff is to return the call.

14. On June 3, 9, 14, and 21 of 2011 Plaintiff received from Defendant the following voicemail: "Return the call at 1-800-498-2223.  Thank you."

15. On the occasions that Plaintiff is able to get a live representative on the phone, Defendant's representative demands Plaintiff reveal personal information before it will identify the caller or the purpose of the call.

16. Defendant has refused to provide anything to Plaintiff in writing, verifying or otherwise evidencing the supposed debt.

17. Despite the foregoing, Defendant continues to call Plaintiff on a weekly basis, seeking and demanding payment on an alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

   b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number;

   c. Defendant violated § 1692e of the FDCPA through the use of false, deceptive, or misleading representation or means in connection with the collection of any debt;

   d. Defendant violated § 1692e(10) of the FDCPA through the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer; and

   e. Defendant violated § 1692e(11) of the FDCPA by the failure to disclose, in the initial and/or subsequent communications with the consumer, that the communication is from a debt collector and any information obtained will be used for that purpose.

WHEREFORE, Plaintiff, LAWANNA BRADFORD, respectfully requests judgment be entered against Defendant, WORLDWIDE RECOVERIES, LLC, for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

21. Any other relief that this Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi (#366987)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd.
Los Angeles, CA Suite 401
323-988-2400
shormozdi@consumerlawcenter.com
Attorneys for Plaintiff

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LAWANNA BRADFORD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_9-7-11_
Date

_[signature]_
LAWANNA BRADFORD