UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAWANNA BRADFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:11-cv-3031-TWT-JFK |
| v. | ) | |
| | ) | |
| CREDIT BUREAU COLLECTION SERVICES, INC., | ) ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

"NOW COMES the Plaintiff, LAWANNA BRADFORD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

<signature enclosed below>

NOTICE OF SETTLEMENT

1

Respectfully Submitted,

DATED:  October 12, 2011            KROHN & MOSS, LTD.

By: /s/ Shireen Hormodzi
　　 Shireen Hormodzi, Esq.
　　 Attorney for Plaintiff
　　 Krohn & Moss, Ltd.
　　 10474 Santa Monica Blvd., Suite 401
　　 Los Angeles, CA 90025

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

 Jeffery R. Saxby

 JSaxby@ebglaw.com

　　　　　　　　　　　　　　　　　　　　/s/ Shireen Hormozdi
　　　　　　　　　　　　　　　　　　　　Shireen Hormozdi
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff